**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID MOYA, & JUAN
 and YOLANDA BURGOS,
individuals,

                        Case No.: 8:14-cv-1435-JDW-TGW

    Plaintiffs,
v.

NATIONSTAR MORTGAGE, LLC,
a foreign limited liability company,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    **COMES NOW**, Plaintiffs, David Moya, Juan Burgos, and Yolanda Burgos, (hereinafter collectively "Plaintiffs") and Defendant, Nationstar Mortgage, LLC (hereinafter "Defendant"), by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby file this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiffs' settlement with Defendant, Parties state as follows:

    1.    A confidential settlement has been reached between Plaintiffs and Defendant in the above-styled case.

    2.    Plaintiffs' claims are being dismissed with prejudice.

    3.    The Parties shall bear their own attorney's fees and costs.

    4.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel and Defendant has no objection to the relief sought.

    Submitted this 29th day of May 2015.

Respectfully submitted,

| | |
|---|---|
| **LEAVENGOOD, DAUVAL & BOYLE, P.A.** | **AKERMAN, LLP** |
| /s/  *Aaron M. Swift* | /s/ *Rebecca N. Shwayri* |
| **Ian R. Leavengood, Esq., FBN 0010167** | **Rebecca N. Shwayri, Esq., FBN 868531** |
| **Aaron M. Swift, Esq., FBN 93088** | **Julie S. Sneed, Esq., FBN 51594** |
| Northeast Professional Center | 401 East Jackson Street, Suite 1700 |
| 3900 First Street North, Suite 100 | Tampa, FL 33602 |
| St. Petersburg, FL 33703 | Phone:  (813) 223-7333 |
| Phone:  (727) 327-3328 | Fax:  (813) 223-2837 |
| Fax: (727) 327-3305 | rebecca.shwayri@akerman.com |
| ileavengood@leavenlaw.com | julie.sneed@akerman.com |
| aswift@leavenlaw.com | amanda.esqueda@akerman.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 29th day of May, 2015, I electronically filed the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* with the Clerk of the Court via the Court's CM/ECF system, which will serve to:

Rebecca N. Shwayri, Esq.
Julie S. Sneed, Esq.
Akerman, LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
rebecca.shwayri@akerman.com
julie.sneed@akerman.com
amanda.esqueda@akerman.com
*Attorneys for Defendant*

Raymond Y. Kim, Esq.
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
RKim@ReedSmith.com
*Attorneys for Defendant*

                */s/ Aaron M. Swift*
                Attorney